PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

### DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision:  Jonathan  Montanez   Case Number:   0868 3:20CR00170

Name of Sentencing Judicial Officer:   Peter D. Welte, Chief U.S. District Court Judge

Date of Original Sentence:        April 2, 2021
Date of Revocation Sentence:    March 21, 2023

Original Offense:      Civil Disorder

Original Sentence:       24 months with credit for time served // 36 months TSR
Revocation Sentence:   8 months with credit for time served // 24 months TSR

Type of Supervision: TSR            Date Supervision Commenced:  9/1/2023

Asst. U.S. Attorney: Richard Michael Lee         Defense Attorney: Christopher J. Lancaster

### PETITIONING THE COURT

☒   To issue a warrant

☐   To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

Violation No.      Nature of Noncompliance

1.                **Mr. Montanez tested positive for methamphetamine and alcohol on January 1, 2024**. **He had a breathalyzer BAC (blood alcohol concentration) reading of .039.** This is a violation of Special Condition #1 which requires the defendant to abstain from the use of alcohol and illegal drugs.

2.                **On January 1, 2024, Mr. Montanez absconded from Centre Inc. His current whereabouts are unknown.** This is a violation of Special Condition #6 which requires the defendant to comply with all rules and regulations of the Residential Re-Entry Center (RRC) and not withdraw from the facility without prior permission from the probation officer.

PROB 12C
(Rev. 2/13)
Montanez, Jonathan
0868 3:20CR00170

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued so the defendant can appear before the Court to address the alleged violations.

☒  The term of supervision should be:

   ☒  Revoked.

   ☐  Extended for _____ years, for a total term of _____ years.

☐  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2024

/s/ Ted Truedson
U.S. Probation Officer

THE COURT ORDERS:

☐  No Action.

☒  The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐  The Issuance of a Summons.

☐  Other

  /s/ Peter D. Welte
Signature of Judicial Officer

January 2, 2024
Date