PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Amended Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision:  Jonathan  Montanez   Case Number:   0868 3:20CR00170

Name of Sentencing Judicial Officer:   Peter D. Welte, Chief U.S. District Court Judge

Date of Original Sentence:         April 2, 2021
Date of Revocation Sentence:    March 21, 2023

Original Offense:        Civil Disorder

Original Sentence:      24 months with credit for time served // 36 months TSR
Revocation Sentence:   8 months with credit for time served // 24 months TSR

Type of Supervision: TSR            Date Supervision Commenced:  9/1/2023

Asst. U.S. Attorney: Richard Michael Lee         Defense Attorney: Christopher J. Lancaster

### PETITIONING THE COURT

☐ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **Mr. Montanez tested positive for methamphetamine and alcohol on January 1, 2024**. **He had a breathalyzer BAC (blood alcohol concentration) reading of .039.** This is a violation of Special Condition #1 which requires the defendant to abstain from the use of alcohol and illegal drugs. |
| 2. | **On January 1, 2024, Mr. Montanez absconded from Centre Inc. His current whereabouts are unknown.** This is a violation of Special Condition #6 which requires the defendant to comply with all rules and regulations of the Residential Re-Entry Center (RRC) and not withdraw from the facility without prior permission from the probation officer. |

PROB 12C  
(Rev. 2/13)  
Montanez, Jonathan  
0868 3:20CR00170

3. **On February 11, 2024, Mr. Montanez was charged with Misdemeanor Possession of a Controlled Substance. On April 1, 2024, Mr. Montanez was convicted of Misdemeanor Possession of a Controlled Substance.** This is a violation of Mandatory Condition #1 which requires the defendant to not commit another federal, state, or local crime.

U.S. Probation Officer Recommendation: Please note that Mr. Montanez is currently in custody pending final revocation. It is respectfully recommended that this Amended Petition be filed with the Courts.

☒ The term of supervision should be:

☒ Revoked.

☐ Extended for ____ years, for a total term of ____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>April 10, 2024</u>

/s/ Paige Olson  
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☐ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☒ Other – amended petition

<u>/s/ Peter D. Welte</u>  
Signature of Judicial Officer

<u>April 11, 2024</u>  
Date