# UNITED STATES DISTRICT COURT
## District of North Dakota

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| Jonathan Montanez | |
| | Case No.  3:20-cr-170 |
| | USM No.  17792-059 |
| | Christopher Bellmore |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   __Mand.;Std.;Spec. 1,6__   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1) | Mr. Montanez tested positive for methamphetamine and alcohol on 1/1/24. He had a breathalyzer BAC reading of .039. | 1/1/24 |
| 2) | On 1/1/24, Mr. Montanez absconded from Centre, Inc. His whereabouts were unknown. | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: **6078**

Defendant's Year of Birth:   **1989**

City and State of Defendant's Residence:

June 24, 2024
Date of Imposition of Judgment

*/s/ Peter D. Welte*
Signature of Judge

**Peter D. Welte      U.S. Chief District Judge**
Name and Title of Judge

06/24/2024
Date

DEFENDANT: **Jonathan Montanez**
CASE NUMBER: **3:20-cr-170**

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3) | On 2/11/24, Mr. Montanez was charged with Misdemeanor Possession of a Controlled Substance. On 4/1/24, he was convicted of Misdemeanor Possession of a Controlled Substance. | 4/1/24 |

Judgment — Page __3__ of __3__

**DEFENDANT: Jonathan Montanez**
**CASE NUMBER: 3:20-cr-170**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**14 MONTHS with credit for time served. The Court recommends that the BOP consider undischarged time between 4/1/24-4/9/24. No further supervised release to follow.**

- [x] The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be placed at FCI Florence; if granted early release, that defendant's release location will be 3509 South Willow Avenue, Sioux Falls, South Dakota 57105.**

- [x] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district:
  - [ ] at _____ [ ] a.m. [ ] p.m. on _____ .
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before 2 p.m. on _____ .
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL